UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>    -against-<br><br>IBRAHIM KURTI,<br><br>                Defendant. | 02 Cr. 1014 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (dkt. no. 165). The Government shall respond no later than February 5, 2021. Mr. Kurti shall file a reply no later than March 5, 2021.

**SO ORDERED.**

Dated:    New York, New York
           December 23, 2020

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge