UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | 02 Cr. 1014 (LAP) |
| -against- | ORDER |
| IBRAHIM KURTI, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall file any response to Mr. Kurti's motion for compassionate release no later than June 4, 2021. Thereafter, the motion shall be considered sub judice.

**SO ORDERED.**

Dated:   New York, New York
         May 25, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge